In the name of Allah the Most Gracious, Most Merciful.

JFM-01-035

To whom it may concern

FILED ENTERED
JUN 24 2008
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

I Sean Shaka Myles is writing to ask what is the procedure I must go through to file a motion for some relief on the new crack law. I have wrote U.S Public Defender Office but havent been bless to have any type of response. I truly believe that Im eligible for some type of relief on the new crack law & I would appreciate considerly if someone will look into this matter as soon as possible. I would like to thank you in Advance.

Sincerly
Sean Shaka Myles